The People of the State of New York ex rel. J. Benedict Roache, Respondent, v. Harry A. Hanbury, Appellant.— Stay of execution granted up to and including the 25th day of May, 1914. Present — Burr, Carr, Stapleton and Putnam, JJ.

Manilla Anchor Brewing Company, Appellant, v. Raw Silk Trading Company, Impleaded with Salvatrice Castrogiovanni, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the calendar for Monday, June 1, 1914, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

John R. Morron, Plaintiff, v. Edith Cooper Bryce and Others, Defendants.— Motion granted. Present — Burr, Carr, Stapleton and Putnam, JJ.; Jenks, P. J., taking no part.